396 A.2d 63

Richnafsky v. Richnafsky, Appellant.

Argued November 22, 1977.  Louis Vaira, with him Glenn C. Jones, for appellant;  Estelle Comay, for appellee.

Order affirmed.

VAN der VOORT, J., dissented and would quash.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.